1  James H. Berry, Jr. (State Bar No. 075834)
   Kevin R. Lussier (State Bar No. 143821)
2  BERRY & LUSSIER
   A Professional Corporation
3  1901 Avenue of the Stars, Suite 1060
   Los Angeles, California 90067-3134
4  Telephone:  (310) 557-8989
   Facsimile:  (310) 788-0080
5  E-Mail: jberry@bandlpc.com
   E-Mail: klussier@bandlpc.com
6
7  Attorneys for Plaintiff CHANEL, INC.

# THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation, <br><br> Plaintiff, <br><br> v. <br><br> ABDAL ALMASRI d/b/a DESIGNER STYLE FOR LESS d/b/a DESIGNERS STYLE d/b/a DSFL CORP. d/b/a DSFORLESS.COM, and DOES 1-10, <br><br> Defendants. | CV09-06675 RGK (SHx) <br><br> **[PROPOSED] JUDGMENT AND PERMANENT INJUNCTION** <br><br> JS-6 |

THIS MATTER having come before the Court upon Plaintiff, Chanel, Inc.'s ("Chanel" or "Plaintiff") Motion for Final Default Judgment against Defendant Abdal Almasri ("Defendant") d/b/a Designer Style for Less d/b/a Designers Style d/b/a DSFL Corp. and d/b/a dsforless.com (the "Subject Domain Name"), and the Court having considered the moving papers and there being no opposition thereto;

IT IS HEREBY ORDERED that Plaintiff's Motion for Final Default Judgment is GRANTED, and judgment is hereby entered in favor of Plaintiff, Chanel, Inc, a New York corporation, with its principal place of business in the United States located at Nine West 57th Street, New York, New York 10019, and against Defendant on all Counts of the Complaint as follows:

(1)   Permanent Injunctive Relief:

Defendant and his respective officers, agents, servants, employees, and attorneys, and all persons acting in concert and participation with them are hereby permanently restrained and enjoined from:

    (a)   manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods using the Chanel Marks;

    (b)   using the Chanel Marks in connection with the sale of any unauthorized goods;

    (c)   using any logo, and/or layout which may be calculated to falsely advertise the services or products of Defendant offered for sale or sold via the Subject Domain Name and/or any other website or business, as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiff;

    (d)   falsely representing themselves as being connected with Plaintiff, through sponsorship or association;

    (e)   engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or

services of Defendant offered for sale of sold via the Subject Domain Name and/or any other website or business are in any way endorsed by, approved by, and/or associated with Plaintiff;

(f) using any reproduction, counterfeit, copy, or colorable imitation of the Chanel Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by Defendant via the Subject Domain Name and/or any other website or business, including, without limitation, handbags, costume jewelry, earrings, necklaces, and sunglasses;

(g) affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent goods offered for sale or sold by Defendant via the Subject Domain Name and/or any other website or business, as being those of Plaintiff or in any way endorsed by Plaintiff;

(h) offering such goods in commerce using the [CC logo], [CC logo], [CC logo], [CC logo], and CHANEL designations;

(i) otherwise unfairly competing with Plaintiff; and

(j) effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

(2) Statutory damages: Plaintiff is awarded statutory damages against Defendant in the amount of $120,000.00 pursuant to 15 U.S.C. § 1117(c), for which let execution issue;

(3) Costs of Suit: Plaintiff is awarded costs against Defendant in the amount of $425.00 pursuant to 15 U.S.C. § 1117(a), for which let execution issue;

(4) Interest from the date this action was filed shall accrue at the legal rate.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 10, 2010     _____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

BERRY & LUSSIER
A PROFESSIONAL CORPORATION